IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BANK OF FRANKLIN, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 12-00075-CG-B |
| | ) |
| SE PROPERTY HOLDINGS, LLC, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

By order entered on May 31, 2012 (Doc. 30) the defendant was directed to file its answer to the plaintiffs' second amended and restated complaint within fourteen (14) days of receipt of same.  The plaintiffs filed their second amended and restated complaint on June 11, 2012; however, the defendant has not filed its answer to date.

**On or before July 16, 2012**, SE Property Holdings, LLC is **ORDERED** to file its answer to the second amended and restated complaint, or show cause why it has failed to comply with this court's order.

**DONE and ORDERED** this 9th day of July, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE